ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| ROSE DESIO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-V and ROES VI-X, inclusive<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-1486-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF, ROSE DESIO, by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., hereby stipulate and agree that the time for Defendant to file its Answer to Plaintiff's Complaint be extended as set forth herein.

Defendant State Farm's Answer is currently due August 17, 2020. The parties hereby stipulate that the due date for Defendant's Answer be extended to August 31, 2020.

/ / /

/ / /

/ / /

4839-9790-2535.1

**Reason for Extension**

Because of the complexity and extent of the allegations and claims made in Plaintiff's Complaint, Defendant requires additional time to perform an investigation prior to filing a responsive pleading and to respond accordingly. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendant's response to Plaintiff's Complaint.

DATED this 13th day of August, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ CHERYL A. GRAMES
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
TARA U. TEEGARDEN
Nevada Bar No. 15344
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant

DATED this 13th day of August, 2020.

JESSE SBAIH & ASSOCIATES, LTD.

/s/ JESSE M. SBAIH
JESSE M. SBAIH
Nevada Bar No. 7898
INES OLEVIC-SALEH
Nevada Bar No. 11431
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: August 14, 2020

_____
United States Magistrate Judge

4839-9790-2535.1

2