ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| ROSE DESIO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-V and ROES VI-X, inclusive<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-1486-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., hereby stipulate and agree that the time for Defendant to file its Answer to Plaintiff's Complaint be extended as set forth herein.

Defendant State Farm's Answer is currently due August 31, 2020. The parties hereby stipulate that the due date for Defendant's Answer be extended to September 3, 2020.

/ / /

/ / /

/ / /

4844-5263-1241.1

**Reason for Extension**

Because of the complexity and extent of the allegations and claims made in Plaintiff's Complaint, Defendant requires additional time to perform an investigation prior to filing its Answer. This stipulation is made in good faith and not for the purpose of delay.

This is the second extension of time requested for filing Defendant's Answer to Plaintiff's Complaint.

| | |
|---|---|
| DATED this 28th day of August, 2020. | DATED this 28th day of August, 2020. |
| LEWIS BRISBOIS BISGAARD & SMITH | JESSE SBAIH & ASSOCIATES, LTD. |
| */s/ CHERYL A. GRAMES* | */s/ JESSE M. SBAIH* |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>CHERYL A. GRAMES<br>Nevada Bar No. 12752<br>TARA U. TEEGARDEN<br>Nevada Bar No. 15344<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendant | JESSE M. SBAIH<br>Nevada Bar No. 7898<br>INES OLEVIC-SALEH<br>Nevada Bar No. 11431<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated August 31, 2020

_____
United States Magistrate Judge

4844-5263-1241.1

2