ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| ROSE DESIO,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-V and ROES VI-X, inclusive<br><br>Defendants. | CASE NO. 2:20-cv-1486-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[Third Request]** |

DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., hereby stipulate and agree that the time for Defendant to file its Response to Plaintiff's Motion for Partial Summary Judgment be extended as set forth herein. Defendant State Farm's Response is currently due December 21, 2020. The parties hereby stipulate that the due date for Defendant's Response be extended to January 1, 2021.

**Reason for Extension**

Plaintiff's Motion for Partial Summary Judgment addresses a nuanced issue of law

4852-0253-1285.1

regarding the enforceability of Defendant's anti-stacking provision in the Nevada Car Policy it issued to Plaintiff. Defendant requires additional time to address Plaintiff's claims effectively prior to filing its Response. This stipulation is made in good faith and not for the purpose of delay.

This is the third extension of time requested for filing Defendant's Response to Plaintiff's Motion for Partial Summary Judgment.

DATED this 21th day of December, 2021.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Tara U. Teegarden*
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
TARA U. TEEGARDEN
Nevada Bar No. 15344
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant

DATED this 21th day of December, 2021.

JESSE SBAIH & ASSOCIATES, LTD.

*/s/ Jesse M. Sbaih*
JESSE M. SBAIH
Nevada Bar No. 7898
INES OLEVIC-SALEH
Nevada Bar No. 11431
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of December, 2020.

_____
U.S. DISTRICT COURT JUDGE

4852-0253-1285.1                    2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21th day of December, 2020, I electronically filed the foregoing **THIRD STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court through Case Management/Electronic Filing System.

Jesse M. Sbaih
Ines Olevic-Saleh
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
isbaih@sbaihlaw.com
iolevic@sbaihlaw.com

*Attorneys for Plaintiff*

By  /s/ Anne Cordell
    An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP

4852-0253-1285.1

3

**Archived:** Monday, December 21, 2020 2:52:46 PM
**From:** Teegarden, Tara
**Sent:** Monday, December 21, 2020 2:45:36 PM
**To:** Cordell, Anne
**Cc:** Freeman, Robert; Freeman, Kristen; Grames, Cheryl
**Subject:** FW: [EXT] RE: Desio, Rose v. SFMAIC, et al. -Third SAO to extend
**Response requested:** No
**Sensitivity:** Normal

---

Hi Anne, this needs to be filed today. Will you have time to do it? Thanks.

Tara

**Tara U. Teegarden**
**Attorney**
Las Vegas Rainbow
702.693.1716 or x7021716

---

**From:** Jesse Sbaih <jsbaih@sbaihlaw.com>
**Sent:** Monday, December 21, 2020 2:34 PM
**To:** Teegarden, Tara <Tara.Teegarden@lewisbrisbois.com>
**Cc:** Cordell, Anne <Anne.Cordell@lewisbrisbois.com>; Freeman, Kristen <Kristen.Freeman@lewisbrisbois.com>; Freeman, Robert <Robert.Freeman@lewisbrisbois.com>; Grames, Cheryl <Cheryl.Grames@lewisbrisbois.com>; Ines <iolevic@sbaihlaw.com>; Jennifer Davidson <jdavidson@sbaihlaw.com>
**Subject:** [EXT] RE: Desio, Rose v. SFMAIC, et al. -Third SAO to extend

External Email

Hi Tara...it's my pleasure to provide you the extension! Please proceed with filing the attached document with my e-sig.

Happy Holidays!

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 896-2529
Fax: (702) 896-0529

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (702) 896-2529 and return the original message to us at jsbaih@sbaihlaw.com.

-------- Original Message --------

Subject: Desio, Rose v. SFMAIC, et al. -Third SAO to extend
From: "Teegarden, Tara" <Tara.Teegarden@lewisbrisbois.com>
Date: Mon, December 21, 2020 2:12 pm
To: Jesse Sbaih <jsbaih@sbaihlaw.com>
Cc: "Cordell, Anne" <Anne.Cordell@lewisbrisbois.com>, "Freeman, Kristen" <Kristen.Freeman@lewisbrisbois.com>, "Freeman, Robert" <Robert.Freeman@lewisbrisbois.com>, "Grames, Cheryl" <Cheryl.Grames@lewisbrisbois.com>, Ines <iolevic@sbaihlaw.com>, Jennifer Davidson <jdavidson@sbaihlaw.com>

Hi Jesse,

It was nice speaking with you on Friday. Thank you again for providing me with this extension. It is greatly appreciated. I have attached the third draft SAO to extend the briefing schedule for your review. Please let me know if you have any edits you would like made. If not, do I have you permission to use your e-sig?

Sincerely,

Tara



**Tara U. Teegarden**
**Attorney**
Tara.Teegarden@lewisbrisbois.com

**T: 702.693.1716  F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.