ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| ROSE DESIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-V and ROES VI-X, inclusive<br><br>　　　　Defendants. | CASE NO. 2:20-cv-1486-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**[Fourth Request]** |

DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., hereby stipulate and agree that the time for Defendant to file its Response to Plaintiff's Motion for Partial Summary Judgment be extended as set forth herein. Defendant State Farm's Response is currently due January 1, 2020. The parties hereby stipulate that the due date for Defendant's Response be extended to January 4, 2021.

**Reason for Extension**

Plaintiff's Motion for Partial Summary Judgment addresses a nuanced issue of law

4835-8016-3029.1

regarding the enforceability of Defendant's anti-stacking provision in the Nevada Car Policy it issued to Plaintiff. Defendant requires additional time to address Plaintiff's claims effectively prior to filing its Response. Additionally, due to defense counsel's office closures for the end of the year holiday, defense counsel requires an extension to the next business day that is not a holiday to file Defendant's Response. This stipulation is made in good faith and not for the purpose of delay.

This is the fourth extension of time requested for filing Defendant's Response to Plaintiff's Motion for Partial Summary Judgment.

| DATED this 30th day of December, 2020. | DATED this 30th day of December, 2020. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | JESSE SBAIH & ASSOCIATES, LTD. |
| */s/ Cheryl A. Grames*<br>ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>CHERYL A. GRAMES<br>Nevada Bar No. 12752<br>TARA U. TEEGARDEN<br>Nevada Bar No. 15344<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendant | */s/ Jesse M. Sbaih*<br>JESSE M. SBAIH<br>Nevada Bar No. 7898<br>INES OLEVIC-SALEH<br>Nevada Bar No. 11431<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012<br>Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated this <u>4th</u> day of <u>January</u>, 2021.

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of December, 2020, I electronically filed the foregoing **FOURTH STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court through Case Management/Electronic Filing System.

Jesse M. Sbaih
Ines Olevic-Saleh
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
isbaih@sbaihlaw.com
iolevic@sbaihlaw.com

*Attorneys for Plaintiff*

By  /s/ Mary Bradley-Estrada
    An Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP

4835-8016-3029.1

3