JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 896-2529
Fax    (702) 896-0529
Email: jsbaih@sbaihlaw.com
*Attorneys for Relator*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSE DESIO,<br><br>             Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I – V and ROES VI – X, inclusive;<br><br>             Defendants. | Case No.: 2:20-cv-01486-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE:**<br><br>**(1) REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF INSURANCE COVERAGE (ECF NO. 19);**<br><br>**(2) OPPOSITION TO DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT (ECF NO. 32); AND**<br><br>**(2) REPLY IN SUPPORT OF DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT (ECF NO. 32)**<br><br>**[First Request]** |

PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., and DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through their counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree to the following:

(1) Plaintiff's Reply in Support of her Motion for Partial Summary Judgment on the Issue of Insurance Coverage (ECF No. 19), which is currently due on January 18, 2021, will be extended to ***February 8, 2021***;

(2) Plaintiff's Opposition to Defendant's Counter-Motion for Summary Judgment (ECF No. 32), which is currently due on January 18, 2021, will be extended to **February 8, 2021**; and

(3) Defendant's Reply in Support of its Counter-Motion for Summary Judgment (ECF No. 32) will be extended to **February 22, 2021.**

### Reason for Extension

The subject extensions are sought due to the complexities of the issues being addressed in the subject pleadings, and to accommodate Plaintiff's recently and unexpectedly increased workload consisting of responding to numerous pleadings in a short time span. This is the first request for an extension and it is made in good faith and not for the purpose of delay.

DATED this 13th day of January, 2021.

JESSE SBAIH & ASSOCIATES, LTD.

*/s/ Jesse M. Sbaih*
Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

DATED this 13th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Cheryl A. Grames*
Robert W. Freeman, Esq.
Cheryl A. Grames, Esq.
Tara Teegarden, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant*

### ORDER

IT IS SO ORDERED.

Dated this 13th day of January, 2021.

_____
U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I certify that I am an employee of the law firm of Jesse Sbaih & Associates, Ltd., and that on this 13th day of January 2021, I caused to be served **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE: (1) REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUES OF INSURANCE COVERAGE (ECF NO. 19); (2) OPPOSITION TO DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT (ECF NO. 32); AND (2) REPLY IN SUPPORT OF DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT (ECF NO. 32)** via electronic service to the following:

Robert W. Freeman, Esq.
Cheryl A. Grames, Esq.
Tara U. Teegarden, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Robert.Freeman@lewisbrisbois.com
Cheryl.Grames@lewisbrisbois.com
Tara.Teegarden@lewisbrisbois.com
    *Attorneys for Defendant*
    *State Farm Mutual Automobile Insurance Company*

      /s/ *Jennifer Davidson*
      An employee of Jesse Sbaih & Associates, Ltd.

| | |
|---|---|
| **Subject:** | **RE: [EXT] Re: Desio v. State Farm (Extension to file Reply and Opposition)** |
| **From:** | **"Grames, Cheryl" <Cheryl.Grames@lewisbrisbois.com>** |
| **Date:** | **Tue, Jan 12, 2021 5:55 pm** |
| **To:** | **Jesse Sbaih <jsbaih@sbaihlaw.com>, "iolevic@sbaihlaw.com" <iolevic@sbaihlaw.com>** |
| **Cc:** | **"jdavidson@sbaihlaw.com" <jdavidson@sbaihlaw.com>** |
| **Attach:** | **image001.png** |
| | **Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png** |

Looks good; you may affix my e-signature.



**Cheryl A. Grames**
**Partner**
**Cheryl.Grames@lewisbrisbois.com**

**T: 702.583.6014  F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118   |   **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jesse Sbaih <jsbaih@sbaihlaw.com>
**Sent:** Tuesday, January 12, 2021 5:41 PM
**To:** Grames, Cheryl <Cheryl.Grames@lewisbrisbois.com>; iolevic@sbaihlaw.com
**Cc:** jdavidson@sbaihlaw.com
**Subject:** RE: [EXT] Re: Desio v. State Farm (Extension to file Reply and Opposition)


Hi Cheryl...please find attached the draft SAO for your review.  Please advise if we have your consent to affix your e-signature and file with the Court.

Best regards,

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 896-2529
Fax: (702) 896-0529

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (702) 896-2529 and return the original message to us at jsbaih@sbaihlaw.com.

> -------- Original Message --------
> Subject: RE: [EXT] Re: Desio v. State Farm (Extension to file Reply and
> Opposition)
> From: "Grames, Cheryl" <Cheryl.Grames@lewisbrisbois.com>
> Date: Tue, January 12, 2021 2:52 pm
> To: "iolevic@sbaihlaw.com" <iolevic@sbaihlaw.com>
> Cc: "jsbaih@sbaihlaw.com" <jsbaih@sbaihlaw.com>,
> "jdavidson@sbaihlaw.com" <jdavidson@sbaihlaw.com>
>
> Hi Ines, two weeks after the Response would be great.
>
>
> **Cheryl A. Grames**



**Partner**
Cheryl.Grames@lewisbrisbois.com

**T: 702.583.6014  F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** iolevic@sbaihlaw.com <iolevic@sbaihlaw.com>
**Sent:** Tuesday, January 12, 2021 1:58 PM
**To:** Grames, Cheryl <Cheryl.Grames@lewisbrisbois.com>
**Cc:** jsbaih@sbaihlaw.com; jdavidson@sbaihlaw.com
**Subject:** RE: [EXT] Re: Desio v. State Farm (Extension to file Reply and Opposition)
**Importance:** High

Thank you Cheryl.  I will send you a SAO for your review shortly.  How much time will you need for the Reply?

*Ines Olevic-Saleh, Esq.*
*JESSE SBAIH & ASSOCIATES, LTD.*
*The District at Green Valley Ranch*
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Tel: (702) 896-2529*
*Fax: (702) 896-0529*

The information contained in this email message is protected under the Electronic
Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by
attorney-client and/or the attorney/work product privileges. It is intended only
for the use of the individual named above and the privileges are not waived by
virtue of this having been sent by email. If the person actually receiving this
email or any other reader of the email is not the named recipient, any use,
dissemination, distribution, or copying of the communication is strictly
prohibited. If you have received this communication in error, please immediately
notify us by telephone at (702) 896-2529 and return the original message to us at
jsbaih@sbaihlaw.com.

-------- Original Message --------
Subject: RE: [EXT] Re: Desio v. State Farm (Extension to file Reply and Opposition)
From: "Grames, Cheryl" <Cheryl.Grames@lewisbrisbois.com>
Date: Tue, January 12, 2021 1:46 pm
To: Jesse Sbaih <jsbaih@sbaihlaw.com>
Cc: Ines Olevic <iolevic@sbaihlaw.com>, Jennifer Davidson <jdavidson@sbaihlaw.com>, "Teegarden, Tara" <Tara.Teegarden@lewisbrisbois.com>

OF COURSE, Jesse.  I'm sorry I didn't respond sooner.  Ensconced in Ninth Circuit briefing / SER hell, as the local rule changes are really quite exacting.  Those dates are fine.



**Cheryl A. Grames**
Partner
Cheryl.Grames@lewisbrisbois.com

**T: 702.583.6014  F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  **LewisBrisbois.com**

Representing clients from coast to coast. View our locations nationwide.

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jesse Sbaih <jsbaih@sbaihlaw.com>
**Sent:** Tuesday, January 12, 2021 1:40 PM
**To:** Grames, Cheryl <Cheryl.Grames@lewisbrisbois.com>; Teegarden, Tara <Tara.Teegarden@lewisbrisbois.com>
**Cc:** Ines Olevic <iolevic@sbaihlaw.com>; Jennifer Davidson <jdavidson@sbaihlaw.com>
**Subject:** [EXT] Re: Desio v. State Farm (Extension to file Reply and Opposition)

External Email

Hi Cheryl...we respectfully request a response to my email below as we will need to file a motion if you don't reciprocate our prior courtesies and stipulate to our request for an extension.

Thanks,

Jesse M. Sbaih, Esq.

Sent from my iPhone

> On Jan 10, 2021, at 9:14 PM, Jesse Sbaih <jsbaih@sbaihlaw.com> wrote:
>
> Hi Cheryl...I hope all is well.
>
> Earlier today, I finally had an opportunity to briefly review State Farm's Opposition to Ms. Desio's Motion for Partial SJ and the Countermotion for SJ.
>
> As we are swamped and due to the complexity of the issues, I respectfully request that we be allowed until and through February 8, 2021 to file both our Reply (which is presently due on 1/18/21) and our Opposition (which is presently due on 1/25/21). Regarding your Reply, whatever time you need after February 8, 2021, we'll gladly accommodate.
>
> Please advise me if you're agreeable and we'll prepare the stip for your review.
>
> Best regards,
>
> Jesse M. Sbaih, Esq.
> JESSE SBAIH & ASSOCIATES, LTD.
> The District at Green Valley Ranch
> 170 South Green Valley Parkway, Suite 280
> Henderson, Nevada 89012
> Tel: (702) 896-2529
> Fax: (702) 896-0529
>
> The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (702) 896-2529 and return the original message to us at jsbaih@sbaihlaw.com.

Copyright © 2003-2021. All rights reserved.