JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 896-2529
Fax     (702) 896-0529
Email: jsbaih@sbaihlaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSE DESIO, | Case No.: 2:20-cv-01486-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE:** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I – V and ROES VI – X, inclusive; | **(1) REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF INSURANCE COVERAGE (ECF NO. 19);** |
| Defendants. | **(2) OPPOSITION TO DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT (ECF NO. 32); AND** |
| | **(2) REPLY IN SUPPORT OF DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT (ECF NO. 32)** |
| | **[Second Request]** |

PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., and DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through their counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree to the following:

(1) Plaintiff's Reply in Support of her Motion for Partial Summary Judgment on the Issue of Insurance Coverage (ECF No. 19), which is currently due on February 8, 2021, will be extended to ***February 22, 2021***;

1    (2) Plaintiff's Opposition to Defendant's Counter-Motion for Summary Judgment (ECF No. 32),

2  which is currently due on February 8, 2021, will be extended to **February 22, 2021**; and

3    (3) Defendant's Reply in Support of its Counter-Motion for Summary Judgment (ECF No. 32)

4  will be extended to **March 8, 2021.**

5                                  **Reason for Extension**

6    The subject extensions are sought due to the complexities of the issues being addressed in the

7  subject pleadings, Plaintiff counsel's recent indisposition, and to accommodate Plaintiff counsel's

8  increased workload consisting of responding to numerous pleadings in a short time span.  This is the

9  second request for an extension and it is made in good faith and not for the purpose of delay.

10

11   DATED this 8th day of February, 2021.        DATED this 8th day of February, 2021.

12   JESSE SBAIH & ASSOCIATES, LTD.              LEWIS BRISBOIS BISGAARD & SMITH
                                                 LLP

13   */s/ Jesse M. Sbaih*                        */s/ Cheryl A. Grames*
     Jesse M. Sbaih, Esq.                        Robert W. Freeman, Esq.
14   JESSE SBAIH & ASSOCIATES, LTD               Cheryl A. Grames, Esq.
     The District at Green Valley Ranch          Tara Teegarden, Esq.
15   170 South Green Valley Parkway, Suite 280   LEWIS BRISBOIS BISGAARD & SMITH
                                                 LLP
16   Henderson, Nevada 89012                     6385 S. Rainbow Boulevard, Suite 600
     *Attorneys for Plaintiff*                    Las Vegas, NV 89118
17                                               *Attorneys for Defendant*

18

19

20                                     **ORDER**

21    IT IS SO ORDERED.

22    Dated this 8th day of ___February___, 2021.

23                                        _____

24                                        U.S. DISTRICT COURT JUDGE

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5(b), I certify that I am an employee of the law firm of Jesse Sbaih & Associates, Ltd., and that on this 8th day of February, 2021, I caused to be served **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE: (1) REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUES OF INSURANCE COVERAGE (ECF NO. 19); (2) OPPOSITION TO DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT (ECF NO. 32); AND (2) REPLY IN SUPPORT OF DEFENDANT'S COUNTER-MOTION FOR SUMMARY JUDGMENT (ECF NO. 32)** via electronic service to the following:

Robert W. Freeman, Esq.
Cheryl A. Grames, Esq.
Tara U. Teegarden, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Robert.Freeman@lewisbrisbois.com
Cheryl.Grames@lewisbrisbois.com
Tara.Teegarden@lewisbrisbois.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*


 /s/ *Jennifer Davidson*
An employee of Jesse Sbaih & Associates, Ltd.

Print  |  Close Window

**Subject:** RE: [EXT] Desio-SAO regarding briefing schedule
**From:** "Jesse Sbaih" <jsbaih@sbaihlaw.com>
**Date:** Mon, Feb 08, 2021 1:41 pm
**To:** "Grames, Cheryl" <Cheryl.Grames@lewisbrisbois.com>
**Cc:** "Ines Olevic" <iolevic@sbaihlaw.com>, "Jennifer Davidson" <jdavidson@sbaihlaw.com>
**Attach:** Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png

Thank you!  We'll proceed with filing.

Best regards,

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 896-2529
Fax: (702) 896-0529

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (702) 896-2529 and return the original message to us at jsbaih@sbaihlaw.com.


-------- Original Message --------
Subject: RE: [EXT] Desio-SAO regarding briefing schedule
From: "Grames, Cheryl" <Cheryl.Grames@lewisbrisbois.com>
Date: Mon, February 08, 2021 1:35 pm
To: Jesse Sbaih <jsbaih@sbaihlaw.com>
Cc: Ines Olevic <iolevic@sbaihlaw.com>, Jennifer Davidson
<jdavidson@sbaihlaw.com>

Hi Jesse, just one proposed revision – you have in your attorney box that you are counsel for the Relator. Otherwise, this is fine and you may use my e-signature.



**Cheryl A. Grames**
**Partner**
Cheryl.Grames@lewisbrisbois.com

**T: 702.583.6014  F: 702.893.3789**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118  |  LewisBrisbois.com

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Jesse Sbaih <jsbaih@sbaihlaw.com>
**Sent:** Monday, February 8, 2021 1:09 PM
**To:** Grames, Cheryl <Cheryl.Grames@lewisbrisbois.com>
**Cc:** Ines Olevic <iolevic@sbaihlaw.com>; Jennifer Davidson <jdavidson@sbaihlaw.com>
**Subject:** [EXT] Desio-SAO regarding briefing schedule

Caution:**This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**<sup>∗</sup>

Hi Cheryl...I hope all is well.  We appreciate your cooperation with extending the deadlines for us to file a Reply and Opposition.

Please advise if we have your consent to file the attached SAO with your e-signature.

Best regards,

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 896-2529
Fax: (702) 896-0529

The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also be protected by attorney-client and/or the attorney/work product privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by email. If the person actually receiving this email or any other reader of the email is not the named recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (702) 896-2529 and return the original message to us at jsbaih@sbaihlaw.com.

Copyright © 2003-2021. All rights reserved.