ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual
Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

**\*\*\***

|  |  |
|---|---|
| ROSE DESIO, | CASE NO. 2:20-cv-1486-APG-NJK |
|      Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT** |
|     vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-V and ROES VI-X, inclusive | **FIRST REQUEST** |
|     Defendants. | |

DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., hereby stipulate and agree that the time for Defendant to file its Reply in Support of Countermotion for Summary Judgment be extended as set forth herein.  Defendant State Farm's Reply is currently due March 9, 2021. The parties hereby stipulate that the due date for Defendant's Reply be extended to March 16, 2021.

<u>**Reason for Extension**</u>

Plaintiff's Opposition to Defendant's Countermotion for Summary Judgment provides nuanced arguments why Defendant's Countermotion for Summary Judgment should be denied..



4824-7117-3343.1

1  Defendant requires additional time to address Plaintiff's  arguments effectively prior to filing its

2  Reply.  This stipulation is made in good faith and not for the purpose of delay.

3        This is the first extension of time requested for filing Defendant's Reply to Plaintiff's Motion

4  for Partial Summary Judgment.

5  DATED this  day of March, 2021.              DATED this  day of March, 2021.

6  LEWIS BRISBOIS BISGAARD & SMITH        JESSE SBAIH & ASSOCIATES, LTD.

7  /s/ Tara U. Teegarden                          /s/ Jesse M. Sbaih_____
8  ROBERT W. FREEMAN                         JESSE M. SBAIH
   Nevada Bar No. 3062                          Nevada Bar No. 7898
9  CHERYL A. GRAMES                           INES OLEVIC-SALEH
   Nevada Bar No. 12752                         Nevada Bar No. 11431
10 TARA U. TEEGARDEN                         The District at Green Valley Ranch
   Nevada Bar No. 15344                         170 South Green Valley Parkway, Suite 280
11 6385 S. Rainbow Boulevard, Suite 600         Henderson, Nevada 89012
   Las Vegas, Nevada 89118                      Attorneys for Plaintiff
12 Attorneys for Defendant

13

14                           **ORDER**

15        IT IS SO ORDERED.

16        Dated this __9th__ day of ___March_____, 2021.

17                           _____

18                           U.S. DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4824-7117-3343.1                    2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March, 20201 I electronically filed the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR SUMMARY JUDGMENT FIRST REQUEST** with the Clerk of the Court through Case Management/Electronic Filing System.

Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
isbaih@sbaihlaw.com
iolevic@sbaihlaw.com

*Attorneys for Plaintiff*

By  */s/ Anne Cordell*
       An Employee of LEWIS BRISBOIS BISGAARD
       & SMITH LLP

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4824-7117-3343.1

3