ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| ROSE DESIO,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-V and ROES VI-X, inclusive<br><br>Defendants. | CASE NO. 2:20-cv-1486-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT THAT STATE FARM MUST AFFORD MS. DESIO $100,000/$300,000 UIM COVERAGE FOR THE AUGUST 23, 2019 MOTOR VEHICLE ACCIDENT (ECF No. 49)**<br><br>**SECOND REQUEST** |

DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., hereby stipulate and agree that the time for Defendant to file its Response to Plaintiff's Motion for Summary Judgment That State Farm Must Afford Ms. Desio $100,000/$300,000 UIM Coverage for the August 23, 2019 Motor Vehicle Accident (ECF No. 49) be extended as set forth herein. Defendant State Farm's Response thereto is currently due May 24, 2021. The parties hereby stipulate that the deadline to file Defendant's Response be extended to and including **May 26, 2021**. The parties further stipulate that the deadline

4816-3097-7771.1

to file Plaintiff's Reply in support of her Motion for Summary Judgment That State Farm Must Afford Ms. Desio $100,000/$300,000 UIM Coverage for the August 23, 2019 Motor Vehicle Accident (ECF No. 49) is **June 18, 2021**.

### Reason for Extension

Defendant requires additional time to address effectively Plaintiff's arguments in the instant Motion prior to filing its Response, and Plaintiff anticipates a need for additional time to complete her Reply. This stipulation is made in good faith and not for the purpose of delay.

This is the second extension of time requested for filing Defendant's Response to Plaintiff's Motion for Summary Judgment That State Farm must Afford Ms. Desio $100,000/$300,000 UIM Coverage for the August 23, 2019 Motor Vehicle Accident.

| | |
|---|---|
| DATED this 24th day of May, 2021. | DATED this 24th day of May, 2021. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | JESSE SBAIH & ASSOCIATES, LTD. |
| */s/ Cheryl A. Grames* | */s/ Jesse M. Sbaih* |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>CHERYL A. GRAMES<br>Nevada Bar No. 12752<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* | JESSE M. SBAIH<br>Nevada Bar No. 7898<br>INES OLEVIC-SALEH<br>Nevada Bar No. 11431<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED.

Dated this 25th day of May, 2021.

_____
U.S. DISTRICT COURT JUDGE

4816-3097-7771.1                                2