JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel      (702) 896-2529
Fax     (702) 896-0529
Email: jsbaih@sbaihlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSE DESIO,<br><br>Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I – V and ROES VI – X, inclusive;<br><br>Defendants. | Case No.: 2:20-cv-01486-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT THAT STATE FARM MUST AFFORD MS. DESIO $100,000/$300,000 UIM COVERAGE FOR THE AUGUST 23, 2019 MOTOR VEHICLE ACCIDENT (ECF NO. 49)**<br><br>[Second Request] |

PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., and DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree that the time for Plaintiff to file her Reply in support of her Motion for Summary Judgment that State Farm Must Afford Ms. Desio $100,000/$300,000 UIM Coverage for the August 23, 2019 Motor Vehicle Accident (ECF No. 49) be extended as set forth herein.

Defendant filed a Response to Plaintiff's Motion on May 26, 2021 (ECF No. 56). Plaintiff's Reply is currently due on June 18, 2021 (ECF No. 53). The parties hereby stipulate that the deadline to

file the Reply be extended to and including **July 2, 2021**.

**Reason for Extension**

Plaintiff requires additional time to effectively address Defendant's arguments in the Response (ECF No. 56) prior to filing her Reply. This stipulation is made in good faith and not for the purpose of delay.

This is the second extension of time requested for filing Plaintiff's Reply in support of her Motion for Summary Judgment That State Farm Must Afford Ms. Desio $100,000/$300,000 UIM Coverage for the August 23, 2019 Motor Vehicle Accident.

| | |
|---|---|
| DATED this 14th day of June, 2021. | DATED this 14th day of June, 2021. |
| JESSE SBAIH & ASSOCIATES, LTD. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| */s/ Jesse M. Sbaih*<br>Jesse M. Sbaih, Esq.<br>JESSE SBAIH & ASSOCIATES, LTD<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, Nevada 89012<br>*Attorneys for Plaintiff* | */s/ Cheryl Grames*<br>Robert W. Freeman, Esq.<br>Cheryl A. Grames, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

Dated this 14th day of June, 2021.

_____
U.S. DISTRICT COURT JUDGE