ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| ROSE DESIO, | CASE NO. 2:20-cv-1486-APG-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT COMPLAINT (ECF No. 66)** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-V and ROES VI-X, inclusive | **FIRST REQUEST** |
| Defendants. | |

DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF ROSE DESIO ("Plaintiff"), by and through her counsel of record, JESSE SBAIH & ASSOCIATES, LTD., hereby stipulate and agree that the time for Defendant to file its Response to Plaintiff's Motion for Leave to Supplement Complaint Pursuant to FRCP 15(d) be extended as set forth herein. Defendant State Farm's Response thereto is currently due August 11, 2021. The parties hereby stipulate that the deadline to file Defendant's Response be extended to and including **August 25, 2021**.

…

4829-6243-3781.1

**Reason for Extension**

Defendant requires additional time to address effectively Plaintiff's arguments in the instant Motion prior to filing its Response.  This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendant's Response to Plaintiff's Motion for Leave to Supplement Complaint Pursuant to FRCP 15(d).

DATED this 11th day of August, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Cheryl A. Grames*
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 11th day of August, 2021.

JESSE SBAIH & ASSOCIATES, LTD.

*/s/ Jesse M. Sbaih*
JESSE M. SBAIH
Nevada Bar No. 7898
INES OLEVIC-SALEH
Nevada Bar No. 11431
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated:  August 11, 2021

_____
United States Magistrate Judge

4829-6243-3781.1                                    2