# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSE DESIO,<br><br>      Plaintiff(s),<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>      Defendant(s). | Case No. 2:20-cv-01486-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 66] |

Pending before the Court is Plaintiff's motion to supplement the complaint. Docket No. 66. The Court hereby **SETS** that motion for a hearing on 1:00 p.m. on October 25, 2021, in Courtroom 3C.

IT IS SO ORDERED.

Dated: October 8, 2021

                                                                      Nancy J. Koppe
United States Magistrate Judge